# HPM&B
### ATTORNEYS AT LAW

99 PARK AVENUE   NEW YORK, NY 10016-1601
TEL: 212-286-8585   FAX: 212-490-8___
WWW.HPMB.COM

John H. Bone
Associate
jbone@hpmb.com



June 24, 2011

**VIA HAND DELIVERY**

The Honorable Alvin K. Hellerstein
Room 1050, United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   Biosig Instruments, Inc. v. Nautilus, Inc.
      Civil No.: 1:10-cv-07722-AKH
      Our File No.: 645-1001

Dear Judge Hellerstein:

Please allow this letter to serve as a request for a two day extension of time for all parties to serve their Markman briefs from June 28, 2011 to June 30, 2011. Presently, the parties are scheduled to appear for a preliminary hearing on June 27, 2011, and the Markman hearing on July 6, 2011. The extra two days would allow the parties to both better prepare for the recently scheduled preliminary hearing on June 27, 2011 and serve their respective papers. The parties submit this request jointly. It is the first such request and will not impact the hearing dates. Accordingly, the parties respectfully request that Your Honor extend the submission date for the Markman briefs until June 30, 2011.

Respectfully submitted,

John H. Bone

JHB:rm

cc:   Michael J. Bonella [mbonella@ktmc.com]
      Paul Milcetic [pmilcetic@ktmc.com]
      James Geringer [james.geringer@klarquist.com]
      Peter Gallagher [pgallagher@jgmlaw.com]

So Ordered
6-24-11
/s/ Alvin K. Hellerstein

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/11

HEIDELL, PITTONI, MURPHY & BACH, LLP

822736.1

CONNECTICUT:
30 OAK STREET
STAMFORD, CT 06905
TEL: 203-327-1800
FAX: 203-353-1892

LONG ISLAND:
1050 FRANKLIN AVENUE
GARDEN CITY, NY 11530
TEL: 516-408-1600
FAX: 516-408-1601

WESTCHESTER:
81 MAIN STREET
WHITE PLAINS, NY 10601
TEL: 914-559-3100
FAX: 914-949-1160