

### HPM&B
ATTORNEYS AT LAW

99 PARK AVENUE NEW YORK, NY 10016-1601
TEL: 212-286-8585 FAX: 212-490-8966
WWW.HPMB.COM

Scott M. Zimmerman
Partner
szimmerman@hpmb.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE: 11/28/11

November 23, 2011

**VIA FACSIMILE: (212) 805-7942**

The Honorable Alvin K. Hellerstein
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007



RECEIVED
NOV 23 2011
CHAMBERS OF
ALVIN K. HELLERSTEIN
U S D J

Re: Biosig Instruments, Inc. v. Nautilus, Inc.
    Civil No.: 1:10-cv-07722-(AKH)
    Our File No.: 645-1001

Dear Judge Hellerstein:

    We represent plaintiff Biosig Instruments, Inc. with respect to the above referenced action. Please allow this letter to serve as a request for an extension of time for plaintiff to oppose defendant Nautilus, Inc.'s motion for summary judgment. Pursuant to this Court's Order dated September 28, 2011, opposition is due on December 1, 2011 and defendant's reply is due on December 8, 2011. Plaintiff respectfully requests until December 15, 2011 to oppose, and December 29, 2011 for reply. Defendant does not oppose this application. Plaintiff makes this request because of the need to complete post trial briefing in another matter. This is the first such request and it will not interfere with further scheduling in this matter. Accordingly, plaintiff respectfully requests that Your Honor extend the time to oppose defendant Nautilus, Inc.'s motion for summary judgment until December 15, 2011, and extend Nautilus, Inc.'s time to reply to December 29, 2011.

Respectfully submitted,

Scott M. Zimmerman

*So ordered 11-23-11*

SMZ:vm

cc: **VIA E-MAIL**
    Michael J. Bonella [mbonella@ktmc.com]
    Paul Milcetic [pmilcetic@ktmc.com]
    James Geringer [james.geringer@klarquist.com]
    Peter Gallagher [pgallagher@jgmlaw.com]

HEIDELL, PITTONI, MURPHY & BACH, LLP

873823.1

| CONNECTICUT: | LONG ISLAND: | WESTCHESTER: |
|---|---|---|
| 30 OAK STREET | 1050 FRANKLIN AVENUE | 81 MAIN STREET |
| STAMFORD, CT 06905 | GARDEN CITY, NY 11530 | WHITE PLAINS, NY 10601 |
| TEL: 203-327-1800 | TEL: 516-408-1600 | TEL: 914-559-3100 |
| FAX: 203-353-1892 | FAX: 516-408-1601 | FAX: 914-949-1160 |