

# HPM&B
### ATTORNEYS AT LAW

99 Park Avenue   New York, NY 10016-1601
Tel: (212) 286-8585   Fax: (212) 490-8966
WWW.HPMB.COM

John H. Bone
Associate
jbone@hpmb.com



RECEIVED DEC 15 2011 CHAMBERS OF ALVIN K. HELLERSTEIN U.S.D.J.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/15/11
```

December 15, 2011

**VIA ECF and FACSIMILE: (212) 805-7942**

The Honorable Alvin K. Hellerstein
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: Biosig Instruments, Inc. v. Nautilus, Inc.
 Civil No.: 1:10-cv-07722-(AKH)
 Our File No.: 645-1001

Dear Judge Hellerstein:

We represent plaintiff Biosig Instruments, Inc. ("Biosig") with respect to the above referenced action. Please allow the following to serve as Biosig's letter motion requesting permission to file certain documents under seal with respect to its Opposition to Nautilus, Inc.'s Motion for Summary Judgment and exhibits thereto. These documents include confidential discovery materials such as source code which are subject to the Confidentiality Order dated March 8, 2011.

Defendant requests that it be permitted to file the above-referenced documents under seal pursuant to the Local Rules of the Southern District of New York. Redacted documents will be filed over ECF, complete documents will emailed to counsel for Nautilus, Inc., courtesy copies will be provided to Your Honor, and a complete set of the documents will be filed with the Record Management Room on CD.

Pursuant to this Court's Order dated November 28, 2011, opposition is due on December 15, 2011.

Respectfully submitted,

John H. Bone

881833.1

---

HEIDELL, PITTONI, MURPHY & BACH, LLP

NEW YORK  |  CONNECTICUT  |  WESTCHESTER  |  LONG ISLAND

The Honorable Alvin K. Hellerstein
Re: Biosig Instruments, Inc. v. Nautilus, Inc.
December 15, 2011
Page -2-



**HPM&B**
ATTORNEYS AT LAW

cc:  **VIA E-MAIL**:

    Michael J. Bonella [mbonella@ktmc.com]
    Paul Milcetic [pmilcetic@ktmc.com]
    James Geringer [james.geringer@klarquist.com]
    Peter Gallagher [pgallagher@jgmlaw.com]

881833.1