UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Biosig Instruments, Inc.<br><br>             Plaintiff,<br>v.<br>Nautilus, Inc.<br><br>             Defendant. | JURY TRIAL DEMANDED<br><br>Case No. 10-cv-7722 (AKH) |

### NOTICE OF APPEAL

Notice is hereby given that Biosig Instruments, Inc. ("Biosig"), plaintiff in the above-captioned case, hereby appeals pursuant to 28 U.S.C. §§ 1292 & 1295 to the United States Court of Appeals for the Federal Circuit from the Judgment dated February 22, 2012 and entered on February 23, 2012 (Doc. No. 55), including the Grant of Nautilus, Inc. ("Nautilus")'s Motion for Summary Judgment of Invalidity of the claims of U.S. Patent 5,337,753 entered on that date (Doc. No. 55) and all prior orders, judgments and rulings entered in this action, including the claim construction order entered on September 29, 2011 (Doc. No. 32).

Dated:   March 21, 2012

By: _____
Scott M. Zimmerman
John Bone
HEIDELL, PITTONI, MURPHY & BACH
99 Park Avenue
New York, NY  10016
Phone:  212-286-8585
Fax:  212-490-8966
szimmerman@hpmb.com
*Local Counsel for Plaintiff*

912442.1

By: <u>/s/ Michael Bonella</u>
Michael Bonella
Paul Milcetic
Jenna Pellecchia
KESSLER TOPAZ MELTZER & CHECK
280 King of Prussia Road
Radnor, PA  19087
Phone: 610-667-7706
Fax: 610-667-7056

***Attorneys for Plaintiff***
***Biosig Instruments, Inc.***

912442.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2012, I filed the foregoing document via ECF which automatically delivered the document to the attorneys of record.

_____
Scott M. Zimmerman

912442.1